FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 29 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

1  JOHN D. MUNDING
2  CRUMB & MUNDING, P.S.
   The Davenport Tower
3  111 S. Post Street, PH 2290
   Spokane, WA 99201
4  509-624-6464
5  munding@crumb-munding.com

6

7  Attorneys for Defendants

8

9          UNITED STATES DISTRICT COURT

10        EASTERN DISTRICT OF WASHINGTON

11

12  ERIC M. HENDRICKSON            )
                                   )
13              Plaintiff,         )   CASE NO. **CV-09-161-EFS**
                                   )
14      v.                         )   **DEFENDANTS' NOTICE**
                                   )   **OF REMOVAL**
15                                 )
16  UNIFUND CCR PARTNERS,          )
    CREDIT CARD RECEIVABLES        )
17  FUND, INC., AND 2B LIMITED     )
    PARTNERSHIP                    )
18              Defendants.        )
19  _____ )

20

21      Pursuant to 28 U.S.C. §1441, Defendants/Petitioners Unifund CCR Partners

22  ("Unifund"), Credit Card Receivables Fund, Inc. ("CCRF"), and ZB Limited

23  Partnership, incorrectly sued as 2B Limited Partnership ("ZBLP"), (collectively,

24

25  "Defendants") hereby remove the above captioned case from the Superior Court for

26

NOTICE OF REMOVAL - 1

CRUMB & MUNDING, P.S.
THE DAVENPORT TOWER
111 S. POST STREET, PH 2290
SPOKANE, WA 99201
(509) 624-6464
FAX (509) 624-6155

the State of Washington, County of Spokane to the United States District Court for the Eastern District of Washington. In support thereof, Defendants state as follows:

1.    Defendants are the only defendants in a civil action entitled *Eric M. Hendrickson v. Unifund CCR Partners, et al.*, served but not filed in the Superior Court of Washington for Spokane County. This Notice of Removal is filed on behalf of all Defendants.

2.    In accordance with the requirements of 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after service by Plaintiff on the Secretary of State for the State of Washington. This action was commenced on or about April 27, 2009. Plaintiff served the Complaint on the Secretary of State for the State of Washington on April 30, 2009. The Secretary of State sent the Complaint to the Defendants by certified mail on May 1, 2009, first received by CCRF's registered agent for service of process on May 5, 2009. A copy of the Summons and Complaint is attached as Exhibit 1. Exhibit 1 includes all process and pleadings served upon Defendants to their knowledge. No further action has been taken in the Superior Court of Washington.

3.    Pursuant to 28 U.S.C. § 1441 et seq., the right exists to remove this case from the Spokane County Superior Court of the State of Washington, County of Spokane, to the United States District Court for the Eastern District of Washington.

NOTICE OF REMOVAL - 2

CRUMB & MUNDING, P.S.
THE DAVENPORT TOWER
111 S. POST STREET, PH 2290
SPOKANE, WA 99201
(509) 624-6464
FAX (509) 624-6155

4.     This action asserts a claim that Defendants violated the federal Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 et seq.

5.     Because an action under the FDCPA is a civil action arising under the Constitution, laws, or treaties of the United States, the United States District Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331.

6.     Plaintiff has also asserted a state law claim for violation of the Washington Collection Agency Act.  This Court should exercise jurisdiction over the pendent state law claim because:  (1) the federal FDCPA claim is sufficient to confer subject matter jurisdiction on the Court; (2) the state and federal claims derive from a common nucleus of operative fact; and (3) Plaintiff's claims are such that he would ordinarily be expected to try them all in one judicial proceeding.  Therefore, removal of the entire action is appropriate pursuant to 28 U.S.C. § 1441.

7.     Notice of the filing of the notice of removal will be given to all parties and the Clerk of Court in accordance with 28 U.S.C. § 1446(d), and this Notice of Removal will be served upon counsel for Plaintiff as required by law.

8.     Defendants are concurrently filing their Answer to the Complaint, a copy of which is attached as Exhibit 2.

9.     Unifund, CCRF, and ZBLP are also filing Corporate Disclosure Statements, which is attached hereto as Exhibits 3.

CRUMB & MUNDING, P.S.
THE DAVENPORT TOWER
111 S. POST STREET, PH 2290
SPOKANE, WA  99201
(509) 624-6464
FAX (509) 624-6155

1    WHEREFORE, Defendants, Unifund CCR Partners, Credit Card Receivables

2    Fund, Inc., and ZB Limited Partnership hereby remove this action from the Spokane

3

4    County Superior Court to this Court.

5    Respectfully submitted,   this 29 day of May, 2009.

6

7                                          CRUMB & MUNDING, P.S.

8

9

10                                         JOHN D. MUNDING, WSBA 21734
                                           Attorneys for Defendants
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CRUMB & MUNDING, P.S.
THE DAVENPORT TOWER
111 S. POST STREET, PH 2290
SPOKANE, WA  99201
(509) 624-6464
FAX (509) 624-6155

# EXHIBIT 1

FILED
SECRETARY OF STATE

APR 3 0 2009

STATE OF WASHINGTON

2

4

6

8

10

12

14

16

18

20

22

24

26

28

30

32

34

36

38

40

# SUPERIOR COURT OF WASHINGTON
# FOR SPOKANE COUNTY

Eric M. Hendrickson,

        Plaintiff,

v.

Unifund CCR Partners; Credit Card
Receivables Fund, Inc.; and 2B Limited
Partnership;

        Defendants.

SUMMONS
(30 DAY RCW 23B.15.100(3))

## TO THE DEFENDANTS:

A lawsuit has been started against you in the above entitled court by the

Plaintiff. The Plaintiff's claim is stated in the Complaint which was served on you

with this Summons.

In order to defend against this law suit, you must respond to the Complaint by

stating your defenses in writing, serving a copy on the Plaintiff within thirty (30) days

---

SUMMONS - 1

Notice of
Removal   06



**DURKOP LAW OFFICE**
2312 N. Cherry Street, Suite #100
Spokane Valley, WA 99216
(509)928-3848  FAX 279-0879
mail@durkoplaw.com

after the day you were served this Summons. This Summons is being served on the Secretary of the State of Washington since you have no registered agent within the state of Washington and is considered served on the date received by the Secretary of State. If you fail to respond within the 30 days as required, Plaintiff may secure a default judgement. A default judgement is one in which the Plaintiff is entitled to what he has asked for in the Complaint. If you serve a Notice of Appearance on the Plaintiff, you are entitled to notice before a default judgement will be entered.

If this action has not been filed with the court, you may demand that the plaintiff file this action with the court. If you do so, the demand must be in writing and must be served upon the person publishing this summons. Within 14 days after you serve the demand, the plaintiff must file this action with the court, or the service on you of this summons will be void.

If you wish to seek the advise of an attorney you should do so promptly so that your written response may be timely served.

This summons is issued pursuant to rule 4 of the Superior Court Civil Rules.

*April 27, 2009*

Dated:_____

Timothy W. Durkop   22985
Attorney for the Plaintiff

SUMMONS - 2

Notice of
Removal   07



**DURKOP LAW OFFICE**
2312 N. Cherry Street, Suite #100
Spokane Valley, WA 99216
(509)928-3848 FAX 279-0879
mail@durkoplaw.com

FILED
SECRETARY OF STATE
APR 3 0 2009
STATE OF WASHINGTON

# SUPERIOR COURT OF WASHINGTON
## FOR SPOKANE COUNTY

Eric M. Hendrickson,

        Plaintiff,

v.

Unifund CCR Partners; Credit Card
Receivables Fund, Inc.; and 2B Limited
Partnership;

        Defendants.

**COMPLAINT FOR VIOLATIONS OF
THE FAIR DEBT COLLECTION
PRACTICES ACT**

The plaintiff alleges as follows:

1.   The court has jurisdiction over the subject matter and parties herein.  Plaintiff resides

in Spokane County Washington.  The defendants attempted to collect a debt in

Spokane County thereby subjecting themselves to the jurisdiction of Washington

Courts.  The claims involve violations of Federal Collection law.  Venue in Spokane

County is appropriate  since the violations of collection agency law occurred within

COMPLAINT FOR VIOLATIONS
OF THE FAIR DEBT COLLECTION
PRACTICES ACT - 1

Notice of
Removal  08



**DURKOP LAW OFFICE**
2312 N. Cherry Street, Suite #100
Spokane Valley, WA 99216
(509)928-3848  FAX 279-0879
mail@durkoplaw.com

Spokane County, and the plaintiff resides in Spokane County.

2. Plaintiff is a "consumer" as defined by the FDCPA, 15 U.S.C. § 1692a(3).

3. Defendants were each attempting to collect a "debt" as defined by FDCPA, 15 USC § 1692a(5). The alleged debt was an obligation or alleged obligation of the Plaintiff to pay money arising out of a transaction primarily for personal, family, or household purposes.

4. Defendants are each a "debt collector" as defined by FDCPA, 15 USC §1692a(6).

5. Defendant, Unifund CCR Partners, is an "out-of-state collection agency" as defined by the WCAA, RCW 19.16.100. Defendant, Credit Card Receivables Fund, Inc., is an "out-of-state collection agency" as defined by the WCCA, RCW 19.16.100. Defendant 2B Limited Partnership is an "out-of-state collection agency" as defined by the WCCA, RCW 19.16.100.

6. Defendant, Capital Liquidators, LLC, is a limited liability company which does business in the state of Washington within the territorial jurisdiction of this court. Defendant, Unifund CCR Partners, is a limited partnership which does business in the state of Washington within the territorial jurisdiction of this court.

7. Defendant, Unifund CCR Partners, engages in the collection of debts which were originally due to another by using the phone and mail and other means. Defendants, Credit Card Receivables Fund, Inc. and 2B Limited Partnership are the general

COMPLAINT FOR VIOLATIONS
OF THE FAIR DEBT COLLECTION
PRACTICES ACT - 2



**DURKOP LAW OFFICE**
2312 N. Cherry Street, Suite #100
Spokane Valley, WA 99216
(509)928-3848 FAX 279-0879
mail@durkoplaw.com

Notice of
Removal 09

2    partners of Unifund CCR Partners.

4    8.   The collection of debts is a matter of public interest and is a highly regulated industry.

6    9.   The defendants purchased an account for collection and began reporting the item on

8         the Plaintiff's credit report. Plaintiff reviewed his credit report and saw line item upon

10        his credit report.

12   10.   This account had been satisfied by a prior settlement agreement with the original

14        creditor. Plaintiff contacted the Defendants in an effort to get the matter resolved and

16        to stop the erroneous collection efforts. In his letter the plaintiff made clear that the

18        account was disputed and that the debt had been paid in full. This letter was sent in

20        December of 2008. Plaintiff has evidence of the receipt of this letter.

22

24   11.   The defendants are obligated to report the matter as disputed on the Plaintiff's credit

26        report. The defendants failed to accurately report the account as disputed in violation

28        of the Fair Debt Collection Practices Act.

30   12.   The acts of each defendant were done with the approval and authority of the other.

32        The defendants acted in concert with one another.

34   13.   The forgoing conduct also violates the prohibited actions sections of the Federal Fair

36        Debt Collection Practices Act 15 U.S.C. 1692 *et seq*.

38   14.   The plaintiff suffered damages as a result of the violations of state and federal law,

40        and continues to be damaged as a direct result of the defendants' negligence.

---

**COMPLAINT FOR VIOLATIONS**
**OF THE FAIR DEBT COLLECTION**
**PRACTICES ACT - 3**



**DURKOP LAW OFFICE**
2312 N. Cherry Street, Suite #100
Spokane Valley, WA  99216
(509)928-3848  FAX 279-0879
mail@durkoplaw.com

Notice of
Removal  10

15. The defendants' actions caused injury to the plaintiff's property.

16. The Plaintiff is entitled to treble damages pursuant to the Washington Consumer Protection Act at the discretion of the court, and all remedies pursuant to the Washington Collection Agency Act.

WHEREFORE, the plaintiff prays to the court for the following releif:

1. This court enter a money judgment in favor of the Plaintiff and against the Defendants jointly and severally for general damages for stress, aggravation and other emotional damages of $10,000.00;

2. This court enter a money judgment in favor of the Plaintiff and against the Defendants jointly and severally for statutory damages under the Consumer Protection Act of $10,000.00;

3. This court enter a money judgment in favor of the Plaintiff and against the Defendants jointly and severally in the amount proven by the evidence for damages for out of pocket expenses;

4. This court enter a money judgment in favor of the Plaintiff and against the Defendants jointly and severally in the amount of the attorney fees and costs of bringing this action;

5. This court enter a money judgment in favor of the plaintiff and against the defendants individually in the amount of $1,000.00 for statutory damages under the Fair Debt

**COMPLAINT FOR VIOLATIONS
OF THE FAIR DEBT COLLECTION
PRACTICES ACT - 4**

Notice of
Removal   11

**DURKOP LAW OFFICE**
2312 N. Cherry Street, Suite #100
Spokane Valley, WA 99216
(509)928-3848  FAX 279-0879
mail@durkoplaw.com

  
Collection Practices Act.

6.  This court enter a declaratory judgment in favor of the Plaintiff and against the Defendants jointly and severally declaring that the defendants violated the Washington Collection Agency Act and that no party may collect any interest, attorney fees, costs or anything except principal which may be due on the alleged debt if one exists pursuant to RCW 19.16.450; and

7.  Any other relief which the court deems just and equitable.


*April 27, 2009*

Dated: _____          By:  _____

Timothy W. Durkop   22985
Attorney for the Plaintiff


**COMPLAINT FOR VIOLATIONS
OF THE FAIR DEBT COLLECTION
PRACTICES ACT - 5**



**DURKOP LAW OFFICE**
2312 N. Cherry Street, Suite #100
Spokane Valley, WA  99216
(509)928-3848  FAX 279-0879
mail@durkoplaw.com

Notice of
Removal   12

1
2
3
4
5
6
7
8

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

9

FOR SPOKANE COUNTY

10

11   ERIC M. HENDRICKSON,            )
                                     )    Case No.
                                     )
12          Plaintiff,               )
                                     )    NOTICE OF APPEARANCE FOR
13          v.                       )    DEFENDANTS
                                     )
14   UNIFUND CCR PARTNERS; CREDIT    )
     CARD RECEIVABLES FUND, INC.; and)
15   2B LIMITED PARTNERSHIP,         )
                                     )
16   _____)
            Defendants.              )

17

**TO:      The Clerk of the Court**

18

**AND TO:   PLAINTIFFS, your attorney, Timoth Durkop**

19
20

21        PLEASE TAKE NOTICE, that the law firm of Crumb & Munding, P.S. hereby enters an

22   appearance on behalf of UNIFUND CCR PARTNERS, CARD RECEIVABLES FUND, INC., and

23   2B LIMITED PARTNERSHIP, Defendants, in the above referenced action, and directs that all

24   further pleadings, notices, correspondence, and other than service of process, be served on the

25
26

NOTICE OF APPEARANCE - 1

Notice of
Removal   13

CRUMB & MUNDING, P.S.
THE DAVENPORT TOWER
111 S. POST STREET, PH 2290
SPOKANE, WA 99201
(509) 624-6464
FAX (509) 624-6155

1  undersigned as attorneys at the address stated below. Further that by this appearance, Defendants do

2  not waive any objection they have as to jurisdiction, venue, or sufficiency of process.

3

4       DATED this _____ day of May, 2009.

5                              CRUMB & MUNDING, P.S.

6

7

8                              JOHN D. MUNDING, WSBA #21734
                               Attorneys for Defendants
9                              The Davenport Tower
                               111 S. Post Street, PH 2290
10                             Spokane, WA 99201
                               Phone: 509-624-6464
11                             Fax:    509-624-6155

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE - 2         Notice of
                                 Removal   14

CRUMB & MUNDING, P.S.
THE DAVENPORT TOWER
111 S. POST STREET, PH 2290
SPOKANE, WA 99201
(509) 624-6464
FAX (509) 624-6155

# EXHIBIT 2

1  JOHN D. MUNDING
2  CRUMB & MUNDING, P.S.
   The Davenport Tower
3  111 S. Post Street, PH 2290
   Spokane, WA 99201
4  509-624-6464
5  munding@crumb-munding.com

6

7  Attorneys for Defendants

8

9              UNITED STATES DISTRICT COURT

10            EASTERN DISTRICT OF WASHINGTON

11

12  ERIC M. HENDRICKSON          )
                                 )
13               Plaintiff,      )     CASE NO.
                                 )
14      v.                       )     **ANSWER TO COMPLAINT**
                                 )
15                               )
16  UNIFUND CCR PARTNERS,        )
    CREDIT CARD RECEIVABLES      )
17  FUND, INC., AND 2B LIMITED   )
    PARTNERSHIP                  )
18               Defendants.     )
19  _____)

20

21

22      For their Answer to Plaintiff's Complaint, Defendants Unifund CCR Partners

23  ("Unifund"), Credit Card Receivables Fund, Inc. ("CCRF"), and ZB Limited

24  Partnership, incorrectly sued as 2B Limited Partnership, ("ZBLP")(collectively,

25  "Defendants") state as follows.  Paragraph numbers of the Answer correspond to

26

ANSWER - 1        Notice of
                  Removal   16

CRUMB & MUNDING, P.S.
THE DAVENPORT TOWER
111 S. POST STREET, PH 2290
SPOKANE, WA 99201
(509) 624-6464
FAX (509) 624-6155

paragraph numbers of the Complaint. All allegations not specifically admitted are denied.

### FIRST DEFENSE

1.    Plaintiff's allegations as to the jurisdiction and venue of the Superior Court are moot because this case has been removed, but to the extent a response is required as to those allegations, Defendants do not contest jurisdiction and venue for purposes of this action only. Defendants deny Plaintiff's residence for lack of knowledge or information sufficient to form a belief as to the truth of the same. Defendants admit that Plaintiff purports to state a claim for violations of "Federal Collection law" but deny any such violations. Defendants deny all allegations set forth in Paragraph 1 not specifically admitted herein.

2.    Paragraph 2 sets forth legal conclusions to which no response is required. To the extent a response is required, Defendants admit that Plaintiff is a consumer for purposes of this action only.

3.    Paragraph 3 sets forth legal conclusions to which no response is required. To the extent a response is required, Plaintiff fails to identify the debt allegedly being collected; accordingly, Unifund denies for lack of knowledge or information sufficient to form a belief as to the truth of the same that it attempted to collect a specific "debt" from Plaintiff. CCRF and ZB deny that they attempted to collect any debt from

ANSWER - 2

Notice of
Removal    17

CRUMB & MUNDING, P.S.
THE DAVENPORT TOWER
111 S. POST STREET, PH 2290
SPOKANE, WA 99201
(509) 624-6464
FAX (509) 624-6155

Plaintiff. Defendants otherwise deny the allegations set forth in paragraph 3 for lack of knowledge or information sufficient to form a belief as to the truth of the same.

4.    Paragraph 4 sets forth legal conclusions to which no response is required. To the extent a response is required, Unifund admits for purposes of this action only that it is a debt collector but denies any characterization of its actions with respect to Plaintiff. CCRF and ZB deny that they are debt collectors.

5.    Paragraph 5 sets forth legal conclusions to which no response is required. To the extent a response is required, Unifund admits only that it is a licensed Collection Agency in the State of Washington. CCRF and ZB deny that either of them are an "out-of-state collection agency."

6.    Capital Liquidators, LLC is not listed as a defendant in the caption of the case or discussed anywhere else in the Complaint. Defendants therefore believe that the reference to any such entity is a typographical error and otherwise deny all allegations pertaining to Capital Liquidators, LLC for lack of  knowledge or information sufficient to form a belief as to the truth of the same. Unifund denies that it is a limited partnership which does business in the State of Washington. Defendants deny all allegations set forth in Paragraph 6 not specifically admitted herein.

7.    Unifund admits that it collects debt but denies that Paragraph 7 accurately and completely describes its business. CCRF and ZB admit that they are

Notice of
Removal   18

CRUMB & MUNDING, P.S.
THE DAVENPORT TOWER
111 S. POST STREET, PH 2290
SPOKANE, WA 99201
(509) 624-6464
FAX (509) 624-6155

the general partners of Unifund.    Defendants deny all allegations set forth in Paragraph 7 not specifically admitted herein.

8.    Paragraph 8 sets forth legal conclusions to which no response is required.

9.    Unifund admits that it was assigned at least two accounts purportedly opened by Plaintiff, but Plaintiff failed to specify the account at issue in his Complaint.  CCRF and ZB deny that they purchased any such account.  Defendants otherwise deny the allegations set forth in Paragraph 9 for lack of knowledge or information sufficient to form a belief as to the truth of the same.

10.    Plaintiff failed in his complaint to identify the account at issue.    In connection with an account in Plaintiff's name ending in 2579, Unifund denies that the account has been settled upon the representation of the original creditor, who told Unifund that the account has not been settled in full, and further told Unifund that Plaintiff's attorney was advised of the same.  Defendants deny all allegations set forth in Paragraph 10 not specifically admitted herein.

11.    Paragraph 11 sets forth legal conclusions to which no response is required.  To the extent a response is required, Defendants deny the allegations set forth therein.

12.    Denied.

ANSWER - 4

Notice of
Removal  19

CRUMB & MUNDING, P.S.
THE DAVENPORT TOWER
111 S. POST STREET, PH 2290
SPOKANE, WA 99201
(509) 624-6464
FAX (509) 624-6155

13.    Paragraph 13 sets forth legal conclusions to which no response is required. To the extent a response is required, denied.

14.    Paragraph 14 sets forth legal conclusions to which no response is required. To the extent a response is required, denied.

15.    Paragraph 15 sets forth legal conclusions to which no response is required. To the extent a response is required, denied.

16.    Paragraph 16 sets forth legal conclusions to which no response is required. To the extent a response is required, denied.

Although no response is required, Defendants deny that Plaintiff is entitled to any of the relief sought in his WHEREFORE clause.

## SECOND DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

## THIRD DEFENSE

Plaintiff's claims may be barred by the equitable defenses of laches, unclean hands, and equitable estoppel.

## FOURTH DEFENSE

Plaintiff's damages, if any, were caused by the acts and/or omissions of third parties for whose conduct Defendants are not responsible.

Notice of
Removal    20

CRUMB & MUNDING, P.S.
THE DAVENPORT TOWER
111 S. POST STREET, PH 2290
SPOKANE, WA 99201
(509) 624-6464
FAX (509) 624-6155

**FIFTH DEFENSE**

Plaintiff's claims are  barred or limited to the extent he has not acted to mitigate his damages (if any).

**SIXTH DEFENSE**

To the extent that any violation of state or federal law took place, said violation was not intentional and resulted from a bona fide error that occurred notwithstanding the maintenance of procedures reasonably adopted to avoid such errors.

**SEVENTH DEFENSE**

Plaintiff may have waived any and all claims he may have had against Defendants.

**EIGHTH DEFENSE**

The Complaint fails to state a valid claim for declaratory relief as set forth in Plaintiff's WHEREFORE clause.

**NINTH DEFENSE**

Defendants reserve the right to amend or add further defenses as necessary.

**PRAYER FOR RELIEF**

WHEREFORE, Defendants request that this Court:

1.      Dismiss Plaintiff's Complaint with prejudice;

ANSWER - 6

Notice of
Removal  21

CRUMB & MUNDING, P.S.
THE DAVENPORT TOWER
111 S. POST STREET, PH 2290
SPOKANE, WA 99201
(509) 624-6464
FAX (509) 624-6155

2.    Enter judgment in favor of Defendants and direct Plaintiff to recover nothing from them; and

3.    Grant Defendants such other and further relief as this Court deems just and proper, including but not limited to their fees and costs for defending this action.


DATED this 29 day of May, 2009.

CRUMB & MUNDING, P.S.


JOHN D. MUNDING WSBA #21734
Attorneys for Defendants

CRUMB & MUNDING, P.S.
THE DAVENPORT TOWER
111 S. POST STREET, PH 2290
SPOKANE, WA 99201
(509) 624-6464
FAX (509) 624-6155

# EXHIBIT 3

1  JOHN D. MUNDING
2  CRUMB & MUNDING, P.S.
   The Davenport Tower
3  111 S. Post Street, PH 2290
   Spokane, WA 99201
4  509-624-6464
5  munding@crumb-munding.com

6

7  Attorneys for Defendants

8

9               UNITED STATES DISTRICT COURT

10           EASTERN DISTRICT OF WASHINGTON

11
   ERIC M. HENDRICKSON                    )
12                                         )
13                       Plaintiff,        )        CASE NO.
                                           )
14        v.                               )        **DEFENDANTS CORPORATE**
                                           )        **DISCLOSURE STATEMENT**
15                                         )
16  UNIFUND CCR PARTNERS,                  )
    CREDIT CARD RECEIVABLES                )
17  FUND, INC., AND 2B LIMITED             )
    PARTNERSHIP                            )
18                       Defendants.       )
19  _____)

20
        Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Provide the
21
22  following Corporate Disclosure statements:

23      Unifund CCR Partners hereby states that it is an Ohio general partnership

24  whose general partners are Credit Card Receivables Fund, Inc. and ZB Limited

25

26

CORPORATE DISCLOSURE STATEMENTS - 1

**CRUMB & MUNDING, P.S.**
THE DAVENPORT TOWER
111 S. POST STREET, PH 2290
SPOKANE, WA 99201
(509) 624-6464
FAX (509) 624-6155

1   Partnership. There are no parent corporations or other publicly traded companies

2   which hold more than a 10% interest in Defendant Unifund CCR Partners.

3
4        Credit Card Receivables Fund, Inc. is an Ohio for profit corporation. There are

5   no parent corporations or publicly held corporations holding more than 10% of the

6   outstanding shares of stock in Credit Card Receivables Fund, Inc.

7
8        ZB Limited Partnership is a Delaware limited partnership whose general partner

9   is ZBCCR, Corp. ZBCCR Corp. is a Delaware corporation. There are no parent

10  corporations or publicly traded companies which hold more than a 10% interest in ZB

11
12  Limited Partnership.

13       DATED this ___29___ day of May, 2009.

14                          CRUMB & MUNDING, P.S.

15

16

17

18       JOHN D. MUNDING, WSBA #21734
         Attorneys for Defendants
19

20

21

22

23

24

25

26

CRUMB & MUNDING, P.S.
THE DAVENPORT TOWER
111 S. POST STREET, PH 2290
SPOKANE, WA 99201
(509) 624-6464
FAX (509) 624-6155